# MEMORANDUM DECISIONS

AMERICAN BONDING CO. OF BALTIMORE v. UNITED STATES, for Use of CHALLIS et al. (Circuit Court of Appeals, Third Circuit. October 9, 1914.) No. 1862. In Error to the District Court of the United States for the Western District of Pennsylvania; Charles P. Orr, Judge. Action at law by the United States, for use of David W. Challis, David A. Challis, and Fred Challis, partners doing business as D. W. Challis & Sons, with Reuben Brewer, George R. McDonald, and others as interveners, against the American Bonding Company of Baltimore. Judgment for plaintiffs and interveners, and defendant brings error. Modified and affirmed, as per stipulation of parties. Gifford K. Wright, of Pittsburgh, Pa., for plaintiffs in error. J. M. Sherwin, of Erie, Pa., for defendants in error. Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

BUFFINGTON, Circuit Judge. This cause came on to be heard on the transcript of record from the District Court of the United States for the Western District of Pennsylvania, and was argued by counsel. On consideration whereof, and in conformity with the stipulation of counsel to-day filed, it is now here ordered and adjudged by this court that the judgment of the said District Court be and the same is hereby affirmed, except as to the claims of the Crane Company and the H. W. Johns-Manville Company, thus reducing the amount of the judgment entered in the said District Court to the sum of $4,265.98; the costs in this court to be divided equally between the parties hereto.